Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Filemon Escobar

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| FILEMON ESCOBAR, | Case No.: 1:10-cv-1964 GSA |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Filemon Escobar ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: April 21, 2011          Respectfully submitted,

                              ROHLFING & KALAGIAN, LLP

                                    /s/ *Marc V. Kalagian*
                              BY:_____
                              Marc V. Kalagian
                              Attorney for plaintiff Filemon Escobar

DATE: April 21, 2011
                              BENJAMIN B. WAGNER
                              United States Attorney

                                    /s/ *Elizabeth Firer*
                              _____
                              Elizabeth Firer
                              Special Assistant United States Attorney
                              Attorneys for Defendant Michael J. Astrue,
                              Commissioner of Social Security
                              (Per e-mail authorization)

## ORDER

IT IS SO ORDERED.

   Dated:   **April 27, 2011**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE